IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


SCOTT A. STANLEY,

     Plaintiff,

vs.                                             Case Number 4:05cv313-MP/WCS

LARRY CAMPBELL, et al.,

     Defendants.

_____/


## O R D E R

Plaintiff, an inmate proceeding *pro se,* has filed a response to the order to show cause, doc. 13.  Plaintiff's response, doc. 14, sufficiently demonstrates his intention to proceed with this case.  However, the response also demonstrates that Plaintiff is confused over the cases he has filed in this Court.

Plaintiff takes issue with a statement made in the order to show cause which advised that no action had taken place in this case within the past three months.  *See* doc. 13.  Plaintiff states in response that he recently filed an amended complaint.  Doc. 14.  The docket does not reveal that Plaintiff filed an amended civil rights complaint in this case.  However, Plaintiff *did* file an amended complaint under 42 U.S.C. § 1983 in another case he is simultaneously pursuing in this Court - case 4:05cv300, doc. 19.

In this case, Plaintiff's complaint listed the following persons as Defendants: Larry Campbell, Carl Bennett, Kimberley Peterson, Lt. Rathman, Sgt. McClendin, and officer Beckman.  Doc. 1, this case.  The complaint concerns events which transferred after August 17, 2005, when another inmate was attempting to harass Plaintiff.  Doc. 1. In the other case, number 4:05cv300, the amended complaint was filed on December 2, 2005, and is against seven Defendants: Carl Bennett, David Walker, Chuck Davis, Ed Lee, William, Parramore, Bobby Phillips, and Lerod Davis.  Doc. 19.  The claims there concern claims of the denial of due process, conditions of confinement, and threats of assault by Defendants and being assaulted at the county courthouse.  *Id.*

In light of this confusion, it may be that Plaintiff intended to only file one action in this Court.  Plaintiff must respond to this order and clearly indicate his intent to proceed with both cases.

Nevertheless, the original complaint filed in this case has been reviewed and it is apparent that Plaintiff must file an amended complaint.  Plaintiff complains about the actions of certain Defendants, but he also complains that other Defendants who were higher ranking jail officials "took no action against" other officers for their conduct.  Doc. 1.  Plaintiff should be aware that in a civil rights case, a jail official can only be held liable because of conduct undertaken by that official, not because of the conduct of subordinate officials.  Thus, Plaintiff should only name as Defendants those officials at the jail whose conduct caused or allowed the unconstitutional condition of confinement to exist.  Plaintiff must present allegations against each named Defendant, clearly stating what the Defendant did or did not do that violated Plaintiff's rights.

Furthermore, as a matter of clarification, Plaintiff is requested to clearly state his status at the jail during the time in question.  For example, Plaintiff should clarify whether he was confined awaiting trial on pending criminal charges, whether Plaintiff as serving a sentence, or some other basis for his detention/incarceration at the jail.

Accordingly, it is **ORDERED:**

1.  The Clerk of Court is directed to forward to Plaintiff a § 1983 complaint form along with one additional copy of the complaint, if available, so that Plaintiff can file the amended complaint in its entirety.

2.  Plaintiff shall have until **January 23, 2006**, to file an amended civil rights complaint, which shall be typed or clearly written and submitted on court forms.

3.  On or before **January 23, 2006**, Plaintiff shall also submit a response to this order clearly acknowledging the fact that he has two pending cases in this Court and that he is simultaneously litigating those cases.

4.  **Failure to comply with this Court order may result in a recommendation of dismissal of this action.**

5.  The Clerk of Court shall return this file to the undersigned upon receipt of Plaintiff's amended complaint and response to this order or no later than January 23, 2006.

**DONE AND ORDERED** on December 22, 2005.


**s/    William C. Sherrill, Jr.**
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case Number 4:05cv313-MP/WCS